# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00379-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| CLIFFORD ROBERT SANCHEZ, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 17, 2023 at the hour of 4:00 p.m., be vacated and continued to September 18, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 10th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE