# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff(s),<br><br>vs.<br><br><br>Clifford Robert Sanchez,<br><br>              Defendant(s). | 2:23-cr-00194-JCM-MDC<br><br>**ORDER SETTING HEARING ON STIPULATION FOR AN EXTENSION OF TIME. ECF NO. 47** |

IT IS ORDERED that counsel must appear in-person at **9:00 a.m. on February 14, 2025, in Courtroom 3D,** for a HEARING on the *Stipulation for an Extension of Time*. ECF No. 47. The hearing will concern scheduling of briefing deadlines only. The defendant, Clifford Robert Sanchez, does not need to be present at the hearing.

Dated: February 12, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge