SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD SANCHEZ,<br><br>    Defendant. | 2:23-cr-00194-JCM-MDC<br><br>**Order to Continue Response Deadline on Motion to Suppress Statements and Evidence**<br><br>**(First Request)** |

It is hereby stipulated and agreed, by and between SUE FAHAMI, Acting United States Attorney, and Steven J. Rose, Assistant Unite States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and JOANNE DIAMOND, Assistant Federal Public Defender, counsel for defendant Clifford Sanchez, that the deadline for the Government's response to defendant's Motion to Suppress (ECF No. 43) scheduled for February 14, 2025, be continued to February 28, 2025. In support of this request, the parties state the following:

    1.    On May 2, 2023, a Complaint was filed charging defendant with Distribution

of Child Pornography. ECF No. 1.

2. On October 17, 2023, a grand jury returned an indictment charging defendant with Coercion and Enticement, Distribution of Child Pornography, and Possession of Child Pornography. ECF No. 22.

3. Following several continuances, trial is currently set for April 21, 2025. ECF No. 42. Motions were due on January 31, 2025, and responses by February 28, 2025. *Id.*

4. On January 31, 2025, defendant filed a Motion to Suppress Statements and Evidence. ECF No. 43.

5. Because of Government counsel's work obligations and work travel, counsel for the Government asked counsel for defendant for an extension of the deadline to respond to the motion, and counsel for defendant graciously agreed. The parties stipulate that the Government's response to the Motion will be set for Friday, February 28, 2025. The short delay is not anticipated to affect the current trial setting. This additional time also accounts

for the exercise of due diligence, in the interest of justice, and is not for the purposes of delay.

Respectfully submitted this 11th day of February 2025.

SUE FAHAMI
Acting United States Attorney

| /s/ Steven J. Rose | /s/ Joanne Diamond |
|---|---|
| STEVEN J. ROSE | JOANNE DIAMOND |
| Assistant United States Attorney | Assistant Federal Public Defender |
| | Counsel for Defendant, |
| | CLIFFORD SANCHEZ |

IT IS SO ORDERED.

Dated: February 14, 2025
_____

_____
HON. MAXIMILIANO D. COUVILLIER, III.
UNITED STATES MAGISTRATE JUDGE

3