SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD SANCHEZ,<br><br>    Defendant. | 2:23-cr-00194-JCM-MDC<br><br>**Stipulation and Order to Continue Response Deadline on Motion to Suppress Statements and Evidence**<br><br>**(Second Request)** |

It is hereby stipulated and agreed, by and between SUE FAHAMI, Acting United States Attorney, and Steven J. Rose, Assistant Unite States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and JOANNE DIAMOND, Assistant Federal Public Defender, counsel for defendant Clifford Sanchez, that the deadline for the Government's response to defendant's Motion to Suppress (ECF No. 43) scheduled for February 28, 2025, be continued to March 28, 2025. In support of this request, the parties state the following:

   1.   On May 2, 2023, a Complaint was filed charging defendant with Distribution

of Child Pornography. ECF No. 1.

2. On October 17, 2023, a grand jury returned an indictment charging defendant with Coercion and Enticement, Distribution of Child Pornography, and Possession of Child Pornography. ECF No. 22.

3. Following several continuances, trial is currently set for April 21, 2025. ECF No. 42. Motions were due on January 31, 2025, and responses by February 28, 2025. *Id.*

4. On January 31, 2025, defendant filed a Motion to Suppress Statements and Evidence. ECF No. 43.

5. On February 11, 2025, the government filed a stipulation to continue the response deadline for the motion to suppress. ECF No. 47.

6. On February 14, 2025, the court held a hearing on the stipulation and expressed some concern about having sufficient time to consider and decide the motion before the then-scheduled trial. After the parties informed the Court that the trial was likely to be continued by way of stipulation, the continued the response deadline. ECF Nos. 49, 50.

7. On February 24, 2025, the parties filed a stipulation to continue the trial, asking that the trial be set in October 2025, to accommodate the schedules of all parties and witnesses. ECF No. 51.

8. In light of the time before trial and Government counsel's work obligations and work travel, counsel for the Government asked counsel for defendant for an extension of the deadline to respond to the motion, and counsel for defendant graciously agreed. The parties stipulate that the Government's response to the Motion will be set for Friday, March 28, 2025. This additional time also accounts for the exercise of due diligence, in the interest

of justice, and is not for the purposes of delay.

Respectfully submitted this 26th day of February 2025.

SUE FAHAMI
Acting United States Attorney

/s/ Steven J. Rose
STEVEN J. ROSE
Assistant United States Attorney

/s/ Heidi Ojeda
HEIDI OJEDA
Assistant Federal Public Defender
Counsel for Defendant,
CLIFFORD SANCHEZ

IT IS SO ORDERED.

Dated: 2-26-25

_____
HON. MAXIMILIANO D. COUVILLIER, III.
UNITED STATES MAGISTRATE JUDGE

3