UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Petitioner,<br><br>vs.<br><br>Clifford Robert Sanchez,<br><br>                    Respondent. | 2:23-cr-00194-JCM-MDC<br><br>**ORDER SETTING AN IN-PERSON EVIDENTIARY HEARING ON THE MOTION TO SUPPRESS (ECF NO. 43) AND A HEARING ON THE MOTION TO SEAL (ECF NO. 45)** |

IT IS ORDERED that:

1. The parties will appear in-person on **June 24, 2025 at 9:30am in Courtroom 3C** for an evidentiary hearing on the *Motion to Suppress (ECF No. 43)* and the *Motion to Seal (ECF No. 45)*.

2. <u>Exhibit Lists</u>: On or before **10:00 a.m. on June 23, 2024**, counsel must deliver to the chambers of the undersigned judge on the 4th Floor (Suite 4068) one copy of their exhibits in a three-ring binder for the Court's use. Counsel shall deliver (a) the original and two copies of a complete list of exhibits that will be offered into evidence at the evidentiary hearing, and (b) the original and two copies of a complete list of witnesses who will be called at the evidentiary hearing. At the same time, each party shall serve copies of these lists on all other parties.

3. All questions concerning the foregoing should be directed to Courtroom Deputy Tawnee Renfro at (702) 464-5427.

Dated: April 24, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge