UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CLIFFORD ROBERT SANCHEZ,<br><br>       Defendant. | Case No. 2:23-cr-00194-JCM-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Tuesday, June 24, 2025 at 9:30 a.m., be vacated and continued to August 5, 2025 at 9:30 am in 3D.

DATED this 6th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3