UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD ROBERT SANCHEZ,<br><br>　　　　Defendant. | Case No. 2:23-cr-00194-JCM-MDC<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Tuesday, August 5, 2025 at 9:30 a.m., be vacated and continued to Tuesday, November 4, 2025 at 9:30 am in LV Courtroom 3B.

　　DATED this 29th day of July, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE