# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-194-JCM-MDC |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| CLIFFORD ROBERT SANCHEZ, | |
| Defendant. | |

This Court finds Clifford Robert Sanchez pled guilty to Count One of a Three-Count Criminal Indictment charging him with coercion and enticement in violation of 18 U.S.C. § 2422(b). Criminal Indictment, ECF No. 22; Change of Plea, ECF No. 65; Plea Agreement, ECF No. 66.

This Court finds Clifford Robert Sanchez agreed to the forfeiture of the property set forth in the Plea Agreement and Forfeiture Allegation One of the Criminal Indictment. Criminal Indictment, ECF No. 22; Change of Plea, ECF No. 65; Plea Agreement, ECF No. 66.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and Forfeiture Allegation One of the Criminal Indictment and the offense to which Clifford Robert Sanchez pled guilty.

The following property is (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and is subject to forfeiture under 18 U.S.C. § 2428(a)(1) and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c):

1. one OnePlus cell phone, model DE2118, serial number D82E8A93, IMEI 990018934999669 (property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Clifford Robert Sanchez in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6). Notice is served on any individual or entity on the date when it is placed in the mail, delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P. 32.2(b)(6)(D) and Supplemental Rule G(4)(b)(iii)-(v).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the

1  petitioner's acquisition of the right, title or interest in the property, any additional facts
2  supporting the petitioner's claim, and the relief sought.
3     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,
4  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,
5  Nevada 89101, within thirty (30) days of the final publication of notice on the official
6  internet government forfeiture site, www.forfeiture.gov, or his receipt of written notice,
7  whichever is earlier.
8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the
9  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States
10 Attorney's Office at the following address at the time of filing:
11     Daniel D. Hollingsworth
       Assistant United States Attorney
12     501 Las Vegas Boulevard South, Suite 1100
       Las Vegas, Nevada 89101.
13
14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice
15 described herein need not be published in the event a Declaration of Forfeiture is issued by
16 the appropriate agency following publication of notice of seizure and intent to
17 administratively forfeit the above-described property.
18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
19 copies of this Order to all counsel of record.
20     DATED Sept 22, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 6A

**MONDAY, SEPTEMBER 22, 2025**

PRESENT:
THE HONORABLE JAMES C. MAHAN, U.S. DISTRICT JUDGE

| Summer Rivera | | Amber McClane |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**10:00 A.M.**

| 2:23-cr-00194-JCM-MDC | UNITED STATES OF AMERICA |
| --- | --- |
| | v. |
| **CHANGE OF PLEA** | CLIFFORD ROBERT SANCHEZ (1) |
| | (In Custody) |
| COUNSEL FOR DEFENDANT: | COUNSEL FOR GOVERNMENT: |
| Heidi Ojeda, Esq. | Daniel Hollingsworth, AUSA |
| Joanne Diamond, AFPD | Supriya Prasad, AUSA |
| | Steven Rose, AUSA |

Prepared Friday, September 19, 2025 1:05:48PM

10:41

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 6A

**MONDAY, SEPTEMBER 22, 2025**

PRESENT:
<u>THE HONORABLE JAMES C. MAHAN, U.S. DISTRICT JUDGE</u>

| Summer Rivera | | Amber McClane |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**10:00 A.M.**

| 2:23-cr-00194-JCM-MDC | UNITED STATES OF AMERICA |
| --- | --- |
| | v. |
| **CHANGE OF PLEA** | CLIFFORD ROBERT SANCHEZ (1) |
| | (In Custody) |
| COUNSEL FOR DEFENDANT: | COUNSEL FOR GOVERNMENT: |
| Heidi Ojeda, Esq. | Daniel Hollingsworth, AUSA |
| Joanne Diamond, AFPD | Supriya Prasad, AUSA |
| | Steven Rose, AUSA |

#22 - Indictment

POOF -

withdraw - #43

Edit Time in minutes.

12/22 @ 10:00 am

Prepared Friday, September 19, 2025 1:05:48PM

