DAVID JAFFE
Chief, Violent Crime and Racketeering Section
Criminal Division
U.S. Department of Justice
SUPRIYA PRASAD
Trial Attorney, Violent Crime and Racketeering Section
1301 New York Ave. NW
Washington, DC 20530
202-510-1992
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CLIFFORD ROBERT SANCHEZ,<br><br>                Defendant. | Case No. 2:23-cr-00194-JCM-MDC<br><br>**Motion to Withdraw as Counsel** |

SUPRIYA PRASAD, Trial Attorney, respectfully moves to withdraw as counsel in this matter. The United States will continue to be represented by co-counsel of record.

Dated this 23rd day of September 2025

Respectfully submitted,
DAVID JAFFE
Chief, Violent Crime and Racketeering Section

  */s/ Supriya Prasad*
SUPRIYA PRASAD
Trial Attorney
Department of Justice
1301 New York Ave NW
Washington, DC 20530
202-510-1992
supriya.prasad@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFFORD ROBERT SANCHEZ,

    Defendant.

Case No. 2:23-cr-00194-JCM-MDC

**Order**

    This matter comes before the Court on the Motion to Withdraw SUPRIYA PRASAD's appearance as counsel for the United States of America. Upon consideration of the same, the Court grants the motion.

    **IT IS THEREFORE ORDERED** that the appearance of SUPRIYA PRASAD in the above-referenced case is withdrawn.

Dated September 26, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE