RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Clifford Robert Sanchez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD ROBERT SANCHEZ,<br><br>    Defendant. | Case No. 2:23-cr-00194-JCM-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, First Assistant United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Clifford Robert Sanchez, that the Sentencing Hearing currently scheduled on December 22, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs additional time to prepare this case for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The parties are requesting a date before March 23, 2025, because government counsel will be commencing a lengthy trial.

This is the first request for a continuance of the sentencing hearing.

DATED December 1, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Steven Rose<br>STEVEN ROSE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00194-JCM-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| CLIFFORD ROBERT SANCHEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for December 22, 2025 at 10:00 a.m., be vacated and continued to March 9, 2026, at the hour of 10:00 a.m.

DATED December 3, 2025.

                                                        _____

                                                     UNITED STATES DISTRICT JUDGE